WILLIAM M. HALSTED et al., Respondents, *v.* GLOBE INDEMNITY COMPANY, Appellant, and PETER G. GERRY et al., as Executors of ELBRIDGE T. GERRY, Deceased, Respondents.

(Submitted June 13, 1932; decided June 21, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 176.)

IDA ROTHMAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted June 13, 1932; decided June 21, 1932.)

*Julius Blumenfeld* for motion.

*Arthur J. W. Hilly, Corporation Counsel* (*Vine H. Smith* and *J. Joseph Lilly* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.